## ORSON W. GOIT *et al.*

*v.*

## PATRICK JOYCE *et al.*

1. JUDGMENT—*erroneous as to one defendant.* Where judgment is rendered against two in an action *ex contractu,* and the entire proof fails to show any liability as to one of the defendants, the judgment will be reversed as to both.

APPEAL from the Circuit Court of Cook county; the Hon. JOHN G. ROGERS, Judge, presiding.

Mr. GEO. SCOVILLE, for the appellants.

Per CURIAM: There is not the slightest evidence in this record that Curtis, one of the defendants below, was under any liability to pay for the goods in controversy.

There is no proof of either an express or implied promise on his part; no proof that he had any knowledge of the purchase of the goods, or that he enjoyed any benefit from them.

The entire evidence, so far as it shows any liability, only discloses a liability on the part of Goit.

As the judgment was against both appellants, it must be reversed, and the cause remanded.          *Judgment reversed.*